FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| CASE NUMBER: 16−32387−JNP | DATE FILED:: 11/23/16 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Joyce L. Parker<br>xxx−xx−2862 | **ADDRESS OF DEBTOR(S):**<br><br>462 Delsea Drive<br>Sewell, NJ 08080 |
| DEBTOR'S ATTORNEY:<br>Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I−4<br>Turnersville, NJ 08012<br><br>(856) 228−7964 | TRUSTEE:<br>Douglas S. Stanger<br>Flaster/Greenberg<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645−1881 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/6/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 9, 2017

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-32387-JNP
Joyce L. Parker                                                     Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 09, 2017
                             Form ID: noa          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db         +Joyce L. Parker,   462 Delsea Drive,   Sewell, NJ 08080-9327
cr         +KINGSMEAD ASSET HOLDING TRUST,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
             Suite 100,   Mt. Laurel, NJ 08054-3437
516514806  +Ashro,   1112 7th Ave,   Monroe, WI 53566-1364
516514808  +Bayhealth - Kent General,   640 S State St,   Dover, DE 19901-3530
516514811  +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
             Saint Louis, MO 63179-0040
516514812  +Cntry Door,   Attn:Bankruptcy,   Po Box 2830,   Monroe, WI 53566-8030
516514814  +Delmarva Emer Phys Llp,   PMAB, LLC,   4135 South Stream Blvd Suite 400,
             Charlotte, NC 28217-4636
516514815  +First Class Properties,   1641 E Lebanon Rd,   Dover, DE 19901-5841
516514817  +Merchants Credit Guide Co,   223 W Jackson Blvd,   Chicago, IL 60606-6914
516514818  +Midland Funding,   2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
516514819  +Nordstrom Bank,   8502 East Princess Drive Suite 150,   Scottsdale, AZ 85255-5488
516514820  +Phelan Hallinan Diamond & Jones, PC,   400 Fellowship Road Suite 100,
             Mt. Laurel, NJ 08054-3437
516514822  +Roundpoint Mtg.,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
516514823  +South Jersey Federal C,   Po Box 5530,   Deptford, NJ 08096-0530
516514828  +Through The Country Door,   PO Box 2830,   Monroe, WI 53566-8030
516514829  +Visa Dept Store National Bank/ Macy's,   Attn: Bankruptcy,   Po Box 8053,
             Mason, OH 45040-8053
516514830  +Whirlpool/Kitchenaid,   Kross/lieberman & Ston,   991 Aviation Pkwy Ste 30,
             Morrisville, NC 27560-8457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2017 22:53:56   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2017 22:53:53   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          E-mail/Text: bankruptcy@southjerseyfcu.com Mar 09 2017 22:53:54
             South Jersey Federal Credit Union,   1615 Hurffville Road,   PO Box 5530,
             Deptford, NJ 08096-0530
516514805  +EDI: AARGON.COM Mar 09 2017 22:28:00   Aargon Agency Inc,   8668 Spring Mountain Rd,
             Las Vegas, NV 89117-4132
516514807  +EDI: TSYS2.COM Mar 09 2017 22:23:00   Barclays Bank Delaware,   Po Box 8801,
             Wilmington, DE 19899-8801
516514809  +E-mail/Text: bankruptcy@cavps.com Mar 09 2017 22:54:09   Calvalry Portfolio Service,
             500 Summit Lake Drive suite 400,   Valhalla, NY 10595-2322
516514810  +EDI: CHASE.COM Mar 09 2017 22:28:00   Chase Card Services,   Attn: Correspondence Dept,
             Po Box 15298,   Wilmington, DE 19850-5298
516514813  +EDI: WFNNB.COM Mar 09 2017 22:23:00   Comenity Capital Bank/HSN,   Po Box 182125,
             Columbus, OH 43218-2125
516514816   EDI: RMSC.COM Mar 09 2017 22:23:00   GE Capital Retail Bank,   PO Box 965004,
             Orlando, FL 32896-5004
516514821   EDI: PRA.COM Mar 09 2017 22:23:00   Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
             Norfolk, VA 23541
516514824  +EDI: STFC.COM Mar 09 2017 22:28:00   Square One Financial/Cach Llc,   4340 S Monaco St,
             2nd Floor,   Denver, CO 80237-3485
516514825  +EDI: RMSC.COM Mar 09 2017 22:23:00   Syncb/Lord & Taylor,   Po Box 103104,
             Roswell, GA 30076-9104
516514826  +EDI: RMSC.COM Mar 09 2017 22:23:00   Synchrony Bank,   Po Box 965064,
             Orlando, FL 32896-5064
516514827  +EDI: TDBANKNORTH.COM Mar 09 2017 22:28:00    TD Bank, N.A.,   Attn: Bankruptcy,
             32 Chestnut St,   Lewiston, ME 04240-7799
                                                                             TOTAL: 14

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Mar 09, 2017
                             Form ID: noa              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
          nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
          dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
          jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Joseph J. Rogers    on behalf of Debtor Joyce L. Parker jjresq@comcast.net,   jjresq1@comcast.net
          Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
          ecf.rjmalloylaw@gmail.com
                                                                                      TOTAL: 5
```