| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645-1881<br>Counsel for Trustee<br>DS5141 |

**Order Filed on March 16, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joyce L. Parker

Case No.: 16-32387

Judge: Jerrold N Poslusny Jr

Chapter: 7

Recommended Local Form: ☑ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 16, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | | | | |
|---|---|---|---|---|
| In re: | Joyce L. Parker | | | |
| Case No.: | 16-32387-JNP | | | |
| Applicant: | Douglas S. Stanger, Esquire, Chapter 7 Trustee | | | |
| (check all that apply) ☐ | Trustee: ☑ Chap. 7 | ☐ Chap. 11 | ☐ Chap. 13 |
| | ☐ Debtor: ☐ Chap. 11 | ☐ Chap. 13 | | |
| | ☐ Official Committee of _____ | | | |

Name of Professional: Flaster Greenberg P.C.

Address of Professional: 646 Ocean Heights Avenue, Suite 103

Linwood, NJ 08221

☑ Attorney for (check all that apply):
   ☑ Trustee ☐ Debtor-in-Possession
   ☐ Official Committee of _____

☐ Accountant for:
   ☐ Trustee ☐ Debtor-in-Possession
   ☐ Official Committee of _____

☐ Other Professional:
   ☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
   ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*