UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on March 16, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Joyce L. Parker

| | |
|---|---|
| Case No.: | 16-32387 |
| Judge: | Jerrold N Poslusny Jr |
| Chapter: | 7 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

DATED: March 16, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:        Joyce L. Parker _____

Case No.:     16-32387-JNP _____

Applicant:    Douglas S. Stanger, Esquire, Chapter 7 Trustee _____

(check all that apply) ☐ Trustee: ☑ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

              ☐ Debtor: ☐ Chap. 11        ☐ Chap. 13

              ☐ Official Committee of _____

Name of Professional:        Flaster Greenberg P.C. _____

Address of Professional:        646 Ocean Heights Avenue, Suite 103 _____

                                Linwood, NJ  08221 _____

                                _____

                                _____


        ☑ Attorney for (check all that apply):

              ☑ Trustee    ☐ Debtor-in-Possession

              ☐ Official Committee of _____

        ☐ Accountant for:

              ☐ Trustee    ☐ Debtor-in-Possession

              ☐ Official Committee of _____

        ☐ Other Professional:

              ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

              ☐ Other (specify): _____

_____

        Upon the applicant's request for authorization to retain the professional named above,

        It is hereby ORDERED as follows:

1.        The applicant is authorized to retain the above party in the professional capacity
          noted.

2

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-32387-JNP
Joyce L. Parker                                                               Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2017.
db             +Joyce L. Parker,    462 Delsea Drive,    Sewell, NJ 08080-9327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          Joseph J. Rogers    on behalf of Debtor Joyce L. Parker jjresq@comcast.net,  jjresq1@comcast.net
          Robert J. Malloy    on behalf of Creditor   South Jersey Federal Credit Union
           ecf.rjmalloylaw@gmail.com
                                                                              TOTAL: 5