Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−32387−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joyce L. Parker
    462 Delsea Drive
    Sewell, NJ 08080

Social Security No.:
    xxx−xx−2862

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 6, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16 − 15
Order Granting Application to Employ Vincent J. Ciecka as Special Counsel (Related Doc # 15). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/6/2017. (dac)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 6, 2017
JAN: dac

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32387-JNP
Joyce L. Parker                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Jul 06, 2017
                               Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
aty             Vincent J. Ciecka,   Penn Oak Building,   5709 Westfield Ave., PO Box 560,
                 Pennsauken, NJ  08110-0560

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Joseph J. Rogers     on behalf of Debtor Joyce L. Parker jjresq@comcast.net,   jjresq1@comcast.net
              Robert J. Malloy     on behalf of Creditor    South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
                                                                                             TOTAL: 5