UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on July 6, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Joyce L. Parker

Case No.: 16-32387

Judge: Jerrold N Poslusny Jr

Chapter: 7

Recommended Local Form: ☑ Followed  ☐ Modified

## ORDER AUTHORIZING
### RETENTION OF Law Offices of Victor J. Ciecka P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: July 6, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:          Joyce L. Parker
Case No.:       16-32387-JNP
Applicant:      Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply)  ☐ Trustee:  ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13
                        ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13
                        ☐ Official Committee of _____

Name of Professional:      Michael J. Dennin, Esquire
Address of Professional:   Law Offices of Vincent J. Ciecka P.C.
                           5709 Westfield Avenue
                           Pennsauken, NJ  08110

☐ Attorney for (check all that apply):
    ☐ Trustee    ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☐ Accountant for:
    ☐ Trustee    ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☒ Other Professional:
    ☐ Realtor    ☐ Appraiser    ☒ Special Counsel    ☐ Auctioneer
    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Joyce L. Parker  
    Debtor

Case No. 16-32387-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 06, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.  
db          +Joyce L. Parker,    462 Delsea Drive,    Sewell, NJ 08080-9327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                       Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
       Denise E. Carlon     on behalf of Creditor     KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com, dss@trustesolutions.net  
       Douglas S. Stanger     doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
       Joseph J. Rogers     on behalf of Debtor Joyce L. Parker jjresq@comcast.net,     jjresq1@comcast.net  
       Robert J. Malloy     on behalf of Creditor     South Jersey Federal Credit Union ecf.rjmalloylaw@gmail.com  
                                                                                                                        TOTAL: 5