UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Re: Joyce L. Parker

Case No.: 16-32387
Chapter: 7
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Douglas S. Stanger, Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on October 10, 2017 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, Mitchell H. Cohen US Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury case - motor vehicle - 2014

Pertinent terms of settlement: $60,000 recommended by appointed special counsel

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Trustee for the Estate of Joyce L. Parker

Address: Flaster Greenberg, 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-645-1881

rev.8/1/15

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                              Case No. 16-32387-JNP
Joyce L. Parker                                                     Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Sep 14, 2017
                              Form ID: pdf905             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db            +Joyce L. Parker,    462 Delsea Drive,    Sewell, NJ 08080-9327
aty           +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
aty            Vincent J. Ciecka,    Penn Oak Building,    5709 Westfield Ave., PO Box 560,
                Pennsauken, NJ 08110-0560
cr            +KINGSMEAD ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                Suite 100,    Mt. Laurel, NJ 08054-3437
516514805     +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
516514806     +Ashro,    1112 7th Ave,    Monroe, WI 53566-1364
516785821     +Ashro Lifestyle,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516514807     +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516514808     +Bayhealth - Kent General,    640 S State St,    Dover, DE 19901-3530
516514810     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
516514811     +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
516514812     +Cntry Door,    Attn:Bankruptcy,    Po Box 2830,    Monroe, WI 53566-8030
516514813     +Comenity Capital Bank/HSN,    Po Box 182125,    Columbus, OH 43218-2125
516774814     +Country Door,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516514814     +Delmarva Emer Phys Llp,    PMAB, LLC,    4135 South Stream Blvd Suite 400,
                Charlotte, NC 28217-4636
516514815     +First Class Properties,    1641 E Lebanon Rd,    Dover, DE 19901-5841
516514817     +Merchants Credit Guide Co,    223 W Jackson Blvd,    Chicago, IL 60606-6914
516785814     +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516514820     +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road Suite 100,
                Mt. Laurel, NJ 08054-3437
516514822     +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516514823     +South Jersey Federal C,    Po Box 5530,    Deptford, NJ 08096-0530
516785813     +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516514828     +Through The Country Door,    PO Box 2830,    Monroe, WI 53566-8030
516514829     +Visa Dept Store National Bank/ Macy’s,    Attn: Bankruptcy,    Po Box 8053,
                Mason, OH 45040-8053
516514830     +Whirlpool/Kitchenaid,    Kross/lieberman & Ston,    991 Aviation Pkwy Ste 30,
                Morrisville, NC 27560-8457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:21     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:19      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: bankruptcy@southjerseyfcu.com Sep 15 2017 02:00:20
                South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
                Deptford, NJ 08096-0530
516762419      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2017 02:09:15
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
516514809     +E-mail/Text: bankruptcy@cavps.com Sep 15 2017 02:00:39     Calvalry Portfolio Service,
                500 Summit Lake Drive suite 400,    Valhalla, NY 10595-2322
516693404     +E-mail/Text: bankruptcy@cavps.com Sep 15 2017 02:00:39     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516809463     +E-mail/Text: bncmail@w-legal.com Sep 15 2017 02:00:28     Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516514816      E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2017 02:11:23     GE Capital Retail Bank,
                PO Box 965004,    Orlando, FL 32896-5004
516798449     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2017 02:00:18     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516514818     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2017 02:00:18     Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
516514819     +E-mail/Text: bnc@nordstrom.com Sep 15 2017 01:59:52     Nordstrom Bank,
                8502 East Princess Drive Suite 150,    Scottsdale, AZ 85255-5488
516514821      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2017 02:23:47
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516870050      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2017 02:23:14
                Portfolio Recovery Associates, LLC,    c/o Home Shopping Network,    POB 41067,
                Norfolk VA 23541
516870049      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2017 02:23:15
                Portfolio Recovery Associates, LLC,    c/o TJX,    POB 41067,    Norfolk VA 23541
516514824     +E-mail/Text: ebn@squaretwofinancial.com Sep 15 2017 02:00:43     Square One Financial/Cach Llc,
                4340 S Monaco St,    2nd Floor,    Denver, CO 80237-3485
516514825     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2017 02:11:23     Syncb/Lord & Taylor,
                Po Box 103104,    Roswell, GA 30076-9104
516514826     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2017 02:10:17     Synchrony Bank,   Po Box 965064,
                Orlando, FL 32896-5064
516862698     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2017 02:09:11     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
```

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: Sep 14, 2017
                               Form ID: pdf905          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
516514827        +E-mail/Text: bankruptcy@td.com Sep 15 2017 02:00:23      TD Bank, N.A.,    Attn: Bankruptcy,
                  32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                                 TOTAL: 19

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger     doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Joseph J. Rogers    on behalf of Debtor Joyce L. Parker jjresq@comcast.net,   jjresq1@comcast.net
              Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
                                                                                                 TOTAL: 5