Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  16–32387–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joyce L. Parker
    462 Delsea Drive
    Sewell, NJ 08080
Social Security No.:
    xxx–xx–2862
Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    4/19/18
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

      The following applications for compensation have been filed:

_____

APPLICANT(S)
Vincent J. Ciecka, P.C., Special Counsel

COMMISSION OR FEES
Fee: $19,749.17

EXPENSES
Expenses: $752.50

_____

Creditors may be heard before the applications are determined.

      In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: March 6, 2018
JAN: bed

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-32387-JNP
Joyce L. Parker                                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Mar 06, 2018
                                 Form ID: 137             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db          +Joyce L. Parker,    462 Delsea Drive,    Sewell, NJ 08080-9327
aty         +Flaster Greenberg, P.C.,    646 Ocean Heights Avenue, Suite 103,    Linwood,, NJ 08221-1011
aty          Vincent J. Ciecka,    Penn Oak Building,    5709 Westfield Ave., PO Box 560,
             Pennsauken, NJ  08110-0560
cr          +KINGSMEAD ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
             Suite 100,   Mt. Laurel, NJ 08054-3437
516514805   +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
516514807   +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516514808   +Bayhealth - Kent General,    640 S State St,    Dover, DE 19901-3530
516514810   +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516514811   +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
516514813   +Comenity Capital Bank/HSN,    Po Box 182125,    Columbus, OH 43218-2125
516514814   +Delmarva Emer Phys Llp,    PMAB, LLC,    4135 South Stream Blvd Suite 400,
             Charlotte, NC 28217-4636
516514815   +First Class Properties,    1641 E Lebanon Rd,    Dover, DE 19901-5841
516514817   +Merchants Credit Guide Co,    223 W Jackson Blvd,    Chicago, IL 60606-6914
516514820   +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road Suite 100,
             Mt. Laurel, NJ 08054-3437
516514822   +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516514823   +South Jersey Federal C,    Po Box 5530,    Deptford, NJ 08096-0530
516785813   +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516514829   +Visa Dept Store National Bank/ Macy's,    Attn: Bankruptcy,    Po Box 8053,
             Mason, OH 45040-8053
516514830   +Whirlpool/Kitchenaid,    Kross/lieberman & Ston,    991 Aviation Pkwy Ste 30,
             Morrisville, NC 27560-8457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2018 00:36:56    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2018 00:36:54    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/Text: rharris@southjerseyfcu.com Mar 07 2018 00:36:55
             South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
             Deptford, NJ 08096-0530
516762419    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2018 00:40:44
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
516514806   +E-mail/Text: bankruptcy@sccompanies.com Mar 07 2018 00:37:59    Ashro,    1112 7th Ave,
             Monroe, WI 53566-1364
516785821   +E-mail/Text: bankruptcy@sccompanies.com Mar 07 2018 00:37:59    Ashro Lifestyle,
             c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516514809   +E-mail/Text: bankruptcy@cavps.com Mar 07 2018 00:37:18    Calvalry Portfolio Service,
             500 Summit Lake Drive suite 400,    Valhalla, NY 10595-2322
516693404   +E-mail/Text: bankruptcy@cavps.com Mar 07 2018 00:37:18    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516514812   +E-mail/Text: bankruptcy@sccompanies.com Mar 07 2018 00:37:59    Cntry Door,    Attn:Bankruptcy,
             Po Box 2830,   Monroe, WI 53566-8030
516809463   +E-mail/Text: bncmail@w-legal.com Mar 07 2018 00:37:06    Comenity Capital Bank/Paypal Credit,
             c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516774814   +E-mail/Text: bankruptcy@sccompanies.com Mar 07 2018 00:37:59    Country Door,
             c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516514816    E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:40    GE Capital Retail Bank,
             PO Box 965004,    Orlando, FL 32896-5004
516798449   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2018 00:36:53    MIDLAND FUNDING LLC,
             PO BOX 2011,    WARREN, MI 48090-2011
516514818   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2018 00:36:53    Midland Funding,
             2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
516785814   +E-mail/Text: bankruptcy@sccompanies.com Mar 07 2018 00:37:59    Montgomery Ward,
             c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516514819   +E-mail/Text: bnc@nordstrom.com Mar 07 2018 00:36:30    Nordstrom Bank,
             8502 East Princess Drive Suite 150,    Scottsdale, AZ 85255-5488
516514821    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2018 00:33:28
             Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516870050    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2018 00:52:02
             Portfolio Recovery Associates, LLC,    c/o Home Shopping Network,    POB 41067,
             Norfolk VA 23541
516870049    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2018 00:33:13
             Portfolio Recovery Associates, LLC,    c/o TJX,    POB 41067,    Norfolk VA 23541
516514824   +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 07 2018 00:40:43
             Square One Financial/Cach Llc,    4340 S Monaco St,    2nd Floor,    Denver, CO 80237-3485
516514825   +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:10    Syncb/Lord & Taylor,
             Po Box 103104,    Roswell, GA 30076-9104

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 06, 2018
                             Form ID: 137              Total Noticed: 44
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516514826        +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:40      Synchrony Bank,    Po Box 965064,
                  Orlando, FL 32896-5064
516862698        +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:40      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516514827         E-mail/Text: bankruptcy@td.com Mar 07 2018 00:37:00      TD Bank, N.A.,   Attn: Bankruptcy,
                  32 Chestnut St,   Lewiston, ME 04243
516514828        +E-mail/Text: bankruptcy@sccompanies.com Mar 07 2018 00:37:59       Through The Country Door,
                  PO Box 2830,   Monroe, WI 53566-8030
                                                                                     TOTAL: 25
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Joseph J. Rogers    on behalf of Debtor Joyce L. Parker jjresq@comcast.net,   jjresq1@comcast.net
          Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
           ecf.rjmalloylaw@gmail.com
                                                                                     TOTAL: 5
```