UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

In Re:

Joyce L. Parker,

                                    Debtor

Order Filed on April 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: _____16-32387_____

Judge: _____Jerrold N. Poslusny, Jr._____

Chapter: _____7_____

| Recommended Local Form: | ☒ Followed | ☐ Modified |

# ORDER AUTHORIZING
## RETENTION OF  Giuliano Miller & Company, LLC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: April 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:          Joyce L. Parker

Case No.:       16-32387-JNP

Applicant:      Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply)  ☐  Trustee:  ☒  Chap. 7          ☐  Chap. 11          ☐  Chap. 13.

                        ☐  Debtor:   ☐  Chap. 11          ☐  Chap. 13

                        ☐  Official Committee of _____

Name of Professional:       Giuliano Miller & Company, LLC

Address of Professional:    Berlin Business Park

                            140 Bradford Drive

                            West Berlin, NJ  08091

                            _____

            ☐  Attorney for (check all that apply):

                    ☐  Trustee   ☐  Debtor-in-Possession

                    ☐  Official Committee of _____

            ☐  Accountant for:

                    ☒  Trustee   ☐  Debtor-in-Possession

                    ☐  Official Committee of _____

            ☐  Other Professional:

                    ☐  Realtor   ☐  Appraiser   ☐  Special Counsel   ☐  Auctioneer

                    ☐  Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2

2.   Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.   The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-32387-JNP
Joyce L. Parker                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin           Page 1 of 1          Date Rcvd: Apr 05, 2018
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db            +Joyce L. Parker,    462 Delsea Drive,    Sewell, NJ 08080-9327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Joseph J. Rogers    on behalf of Debtor Joyce L. Parker jjresq@comcast.net,  jjresq1@comcast.net
          Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
           ecf.rjmalloylaw@gmail.com
                                                                              TOTAL: 5