| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Donna M. Miller, CPA/CFF, CIRA, CDBV<br>**GIULIANO MILLER & COMPANY, LLC**<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, New Jersey 08091<br>(856) 767-3000<br>Accountants for Trustee Douglas S. Stanger | Case No.: 16-32387 (JNP)<br><br>Order Filed on August 2, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 7 |
| In re:<br><br>Joyce L. Parker,<br><br>      Debtor. | Hearing Date:<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 2, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | JOYCE L. PARKER |
| Case No: | 16-32387 (JNP) |
| Caption of Order: | **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS FOR THE TRUSTEE** |

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants for the Trustee, upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants for the Trustee herein, be and is hereby allowed compensation for services rendered in the sum of $2,139.50 together with reimbursement of expenses in sum of $14.26, for a total allowance herein of $2,153.76 for the period December 21, 2016 through June 1, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-32387-JNP
Joyce L. Parker                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Aug 02, 2018
                               Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db             #+Joyce L. Parker,    462 Delsea Drive,    Sewell, NJ 08080-9327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    on behalf of Accountant Alfred  Giuliano doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger     doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Joseph J. Rogers    on behalf of Debtor Joyce L. Parker jjresq@comcast.net,    jjresq1@comcast.net
              Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
                                                                                             TOTAL: 6