Case 16-32387-JNP  Doc 843  Filed 09/20/18  Entered 09/20/18 14:34:31  Desc Main
Document  Page 1 of 2

| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> Douglas S. Stanger, Esquire <br> Flaster/Greenberg P.C. <br> 646 Ocean Heights Avenue <br> Linwood, NJ 08221 <br> DSS5141 <br> Phone: 609-645-1881 <br> Counsel for Chapter 7 Trustee |
| IN RE: <br><br> Joyce L. Parker, <br>                Debtor(s) |

**Order Filed on September 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 16-32387

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

## ORDER AUTHORIZING FINAL COMPENSATION OF FEES AND COSTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 20, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6838304 v1

**(Page 2)**
**Debtor:** Joyce L. Parker
**Case No.:** 16-32387
**Caption of Order:** Order Authorizing Compensation of Final Fees And Costs

---

**THIS MATTER** having been brought before the Court by Douglas S. Stanger, Trustee, for an Application for Final Allowance of Compensation and Reimbursement of Expenses of Counsel for Trustee pursuant to 11 U.S.C., Section 326.

**ORDERED AND DIRECTED** that reasonable compensation for actual and necessary fees and expenses incurred are hereby awarded or allowed under 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANT | FEES | EXPENSES |
| --- | --- | --- |
| Flaster/Greenberg P.C. | $3,068.50 | $27.90 |

6838304 v1