UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

In Re:  :
        :
JOYCE L. PARKER  :  Case No. 16-32387-JNP
        :
        :  Chapter 7 -- Liquidation
        :
Debtor.  :
        :

**Order Filed on November 8, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**DATED: November 8, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Joyce L. Parker
**Case No.:** 16-32387-JNP
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs

_____

**THAT** the sum of $4,382.50 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $35.50 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.