Case 16-32387-JNP    Doc 54    Filed 11/10/18    Entered 11/10/18 00:33:08    Desc Imaged
Case 16-32387-JNP    Doc 52    Filed 11/08/18    Entered 11/08/18 13:15:30    Desc
Unsigned Order Awarding Trustee's Compensation and Expenses    Page 1 of 3
Certificate of Notice    Page 1 of 3

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JOYCE L. PARKER | : | Case No. 16-32387-JNP |
| | : | |
| | : | Chapter 7 -- Liquidation |
| Debtor. | : | |
| | : | |

**Order Filed on November 8, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this ____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**

**DATED: November 8, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:**   Joyce L. Parker
**Case No.:** 16-32387-JNP
**Caption of Order**: Order Authorizing Compensation of Final Fees And Costs

_____

   **THAT** the sum of $4,382.50 is reasonable compensation for the services in this case by DOUGLAS S. STANGER, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $35.50 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Joyce L. Parker  
    Debtor

Case No. 16-32387-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 08, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.  
db          #+Joyce L. Parker,    462 Delsea Drive,    Sewell, NJ 08080-9327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     KINGSMEAD ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com  
           Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
            nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
            dss@trustesolutions.net  
           Douglas S. Stanger     on behalf of Accountant Alfred    Giuliano doug.stanger@flastergreenberg.com,
            nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
            dss@trustesolutions.net  
           Douglas S. Stanger     doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
            jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net  
           Joseph J. Rogers     on behalf of Debtor Joyce L. Parker jjresq@comcast.net,    jjresq1@comcast.net  
           Robert J. Malloy     on behalf of Creditor     South Jersey Federal Credit Union
            ecf.rjmalloylaw@gmail.com

                                                                                                                     TOTAL: 6